| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | MITCHELL M. BLAKELY, State Bar No. 214946 |
| 2 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto California, 94306 |
| | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |
| | E-mail: mblakely@morganlewis.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Silicon Graphics, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc., | No. C 07-80279 JF (RS) |
| Plaintiff, | **PLAINTIFF SGI'S NOTICE OF WITHDRAWAL OF MOTION TO SHORTEN TIME FILED DECEMBER 12, 2007 PURSUANT TO CIVIL L.R. 7-7(A).** |
| vs. | |
| ATI Technologies, Inc., ATI Technologies ULC and Advanced Micro Devices, Inc., | (Related to Case No. 06-C-0611-C pending in the W.D. Wis.) |
| Defendants | |
| and | |
| ASUS Computer International, Inc., | |
| Respondent to Subpoena. | |

On December 12, 2007, Plaintiff Silicon Graphics, Inc. ("SGI") filed Plaintiff SGI's Notice of And Emergency Motion to Shorten Time Regarding SGI's Motion to Compel Third Party ASUS Computer International, Inc. to Comply with Subpoena. No opposition has been filed by ASUS Computer International, Inc. Thus, pursuant to Civil L.R. 7-7(a), SGI hereby withdraws the afore mentioned motion to shorten time. SGI will, however, be filing a new motion to shorten time in compliance with the rules of this court.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3680706.1

SGI'S WITHDRAWAL OF DEC. 12 MOTION
TO SHORTEN TIME (ACER)

| | | |
|---|---|---|
| 1 | Dated: December 14, 2007 | MORGAN, LEWIS & BOCKIUS LLP<br>MITCHELL M. BLAKELY |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Mitchell M. Blakely<br>    Mitchell M. Blakely<br>    Attorneys for Plaintiff |
| 5 | | Silicon Graphics, Inc. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3680706.1

2

SGI'S MOTION TO SHORTEN TIME TO
RESPOND RE MOTION TO COMPEL ACER