|   |   |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
|   | MITCHELL M. BLAKELY, State Bar No. 214946 |
| 2 | 2 Palo Alto Square |
|   | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto California, 94306 |
|   | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |
|   | E-mail: mblakely@morganlewis.com |
| 5 |   |
|   | Attorneys for Plaintiff |
| 6 | Silicon Graphics, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Silicon Graphics, Inc., | No. C 07-mc-80279 |
|---|---|
| Plaintiff, | **PLAINTIFF'S RE-NOTICE OF MOTION TO COMPEL ASUS COMPUTER INTERNATIONAL, INC. TO COMPLY WITH SUBPOENA** |
| vs. |  |
| ATI Technologies, Inc., ATI Technologies ULC and Advanced Micro Devices, Inc., | (Related to Case No. 06-C-0611-C pending in the W.D. Wis.) |
| Defendant, | Date: January 18, 2008 |
| and |  |
| ASUS Computer International, Inc., |  |
| Respondent to Subpoena. |  |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Silicon Graphics, Inc. ("SGI") hereby re-notices its motion to compel discovery from third-party ASUS Computer International, Inc. ("ACI") pursuant to a subpoena issued by SGI out of the Northern District of California related to SGI's case against ATI Technologies, Inc., ATI Technologies ULC and Advanced Micro Devices, Inc. pending in the Western District of Wisconsin to January 18, 2007, thirty-five (35) days after service of this motion, or at a time the Court orders when the parties may be heard.

| | |
|---|---|
| Dated: December 14, 2007 | MORGAN, LEWIS & BOCKIUS LLP<br>MITCHELL M. BLAKELY<br><br>By /s/ Mitchell M. Blakely<br>    Mitchell M. Blakely<br>    Attorneys for Plaintiff<br>    Silicon Graphics, Inc. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3680695.1

2

SGI'S EMERGENCY MOTION TO COMPEL
THIRD PARTY (ACI)