RONALD S. LEMIEUX (SBN 120822)
ronlemieux@paulhastings.com
SHANÉE Y. WILLIAMS (SBN 221310)
shaneewilliams@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA  94304-1106
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Non-Party
ASUS COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Silicon Graphics, Inc.,<br><br>            Plaintiff,<br><br>    v.<br><br>ATI Technologies Inc., ATI Technologies ULC and Advanced Micro Devices, Inc.,<br><br>            Defendants. | MISC. No. 5:07-mc-80279 (JF-RS)<br><br>(Related to Case No. 06-C-0611-C (W.D. Wisc.))<br><br>**DECLARATION OF SHANEE Y. W. NELSON IN SUPPORT OF NON-PARTY ASUS COMPUTER INTERNATIONAL'S OPPOSITION TO EMERGENCY MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Date:  January 18, 2008<br>Time:  T.B.D.<br>Courtroom:  4, 5th Floor<br>The Honorable Richard Seeborg |

NELSON DECL. ISO NON-PARTY ACI'S
OPSPOSITION TO EMERGENCY MOTION                                         CASE NO. 5:07-mc-80279 (JF-RS)
TO COMPEL COMPLIANCE

1    I, Shanée Y. W. Nelson, hereby declare as follows:

2    1.    I am an associate at the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Non-Party ASUS Computer International ("ACI"). The facts stated in this declaration are true and correct of my own personal knowledge, and if called as a witness I could and would competently testify thereto.

3    2.    On November 20, 2007, ACI produced documents responsive to SGI's subpoena.

4    3.    Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Authenticity of Business Records ACI produced on December 20, 2007.

5    4.    Attached hereto as Exhibit 2 is a true and correct copy of a letter from Sari Ellovich of my office, to Mitchell Blakely, counsel for SGI, dated December 20, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 28, 2007.

                                    */s/ Shanée Y. W. Nelson*
                                     Shanée Y. W. Nelson

LEGAL_US_W # 57830622.1

# EXHIBIT 1
## TO NELSON DECLARATION ISO NON-PARTY ACI'S OPPOSITION TO EMERGENCY MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SILICON GRAPHICS, INC., | § § § § § § § § § § § § § § | CASE NO. 06-C-0611-C (W.D. Wis.) |
| Plaintiff | | |
| vs. | | |
| ATI TECHNOLOGIES, INC., ATI TECHNOLOGIES ULC, AND ADVANCED MICRO DEVICES, INC. | | |
| Defendants. | | |

**DECLARATION OF AUTHENTICITY OF BUSINESS RECORDS**

I, Raymond Chen, pursuant to 28 U.S.C. Section 1746 and Rule 902 of the Federal Rules of Evidence, verify that the following is true and correct:

1. I am currently the Vice-President of Strategic Planning for Non-Party Asus Computer International ("ACI"). Prior to August 15, 2007, I was the Vice-President of Marketing for ACI. I have personal knowledge of the facts stated herein and if called upon, could and would testify competently thereto.

2. ACI is a California company, located in Fremont, California.

3. As Vice-President of Marketing, I was responsible for all marketing of "ASUS" branded products in North America (Canada and the United States). In connection with my position and responsibilities at ACI, I am familiar with the records that are created and maintained by ACI.

4. I am aware that ACI was served with a subpoena by Silicon Graphics, Inc. ("SGI"), the Plaintiff in the above entitled action. The subpoena sought documents regarding

technical and financial information maintained by ACI concerning certain "ASUS" branded products sold by ACI in the United States.

5.      The ASUS branded products sold by ACI in North America were purchased from ASUSTeK Computer Inc. ("ASUSTeK") in Taiwan and imported by ACI into the United States. ACI is the sole North American sales outlet for ASUSTeK. ACI is not involved in the research, design, development, manufacturing or repair of any of the products that it receives from ASUSTeK. Rather, ACI solely operates in the capacity of a sales and marketing outlet for products it purchases from ASUSTeK. Accordingly, ACI does not possess knowledge or maintain documents regarding the technical operation or design of the products that it receives from ASUSTeK.

6.      I oversaw the collection of documents responsive to SGI's subpoena. ACI has produced all responsive business records in its possession, custody, or control. These documents are Bates numbered ACI_0001-ACI_0180 (including two CD-ROMs).

7.      These business records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters.

8.      These business records were kept in the course of the regularly conducted activity of ACI.

/ / /

/ / /

/ / /

/ / /

- 3 -

9. The business records were made or received by ACI in the course of ACI regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Executed on December 19, 2007.

_____
Raymond Chen

# EXHIBIT 2
## TO NELSON DECLARATION ISO NON-PARTY ACI'S OPPOSITION TO EMERGENCY MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
telephone 650-320-1800 • facsimile 650-320-1900 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(650) 320-1872
sariellovich@paulhastings.com

December 20, 2007

58784.00001

**BY UPS**

Mitchell Blakley, Esq.
Morgan Lewis & Bockius LLP
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

Re:   *Silicon Graphics, Inc. v. ATI Technologies ULC, et al.*

Dear Mr. Blakely:

Pursuant to your conversations with Shanée Nelson and Ron Lemieux, enclosed please find a Declaration of Authenticity of Business Records by Raymond Chen and a CD containing the sales information spreadsheets, as amended, bearing production number ACI_0180. Please note that the contents of the CD have been designated "Highly Confidential" pursuant to the Protective Order in this case.

Sincerely,

Sari J. Ellovich
Senior Paralegal

Enclosures

cc:   Joseph D. Etra (without enclosures)
      William H. Manning (with enclosures)

LEGAL_US_W # 57808177.1