| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | MITCHELL M. BLAKELY, State Bar No. 214946 |
| 2 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto California, 94306 |
| | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |
| | E-mail: mblakely@morganlewis.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Silicon Graphics, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Graphics, Inc., | No. C 07-80279 JF (RS) |
| Plaintiff, | **PLAINTIFF SGI'S NOTICE OF WITHDRAWAL OF SGI'S MOTION TO COMPEL COMPLIANCE OF ASUS COMPUTER INTERNATIONAL.** |
| vs. | |
| ATI Technologies, Inc., ATI Technologies ULC and Advanced Micro Devices, Inc., | (Related to Case No. 06-C-0611-C pending in the W.D. Wis.) |
| Defendants | |
| and | |
| ASUS Computer International, Inc., | |
| Respondent to Subpoena. | |

On December 12, 2007, Plaintiff Silicon Graphics, Inc. ("SGI") filed Plaintiff SGI's Notice of And Emergency Motion to Shorten Time Regarding SGI's Motion to Compel Third Party ASUS Computer International, Inc. to Comply with Subpoena (Docket 1), which was re-noticed for hearing on January 18, 2007. ASUS Computer International, Inc. ("ACI") filed an opposition on December 28, 2007 (Docket 9). Thus, pursuant to Civil L.R. 7-7(e), SGI hereby withdraws its motion to compel compliance with subpoena.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3683021.1

SGI'S NOTICE OF WITHDRAWAL (ACI)

| | | |
|---|---|---|
| 1 | Dated: December 31, 2007 | MORGAN, LEWIS & BOCKIUS LLP<br>MITCHELL M. BLAKELY |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Mitchell M. Blakely<br>    Mitchell M. Blakely<br>    Attorneys for Plaintiff |
| 5 | | Silicon Graphics, Inc. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-PA/3683021.1

2    SGI'S NOTICE OF WITHDRAWAL (ACI)